**Handson Asuma NYAMBARIGA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 10–1403.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 23, 2010.

Filed: Sept. 30, 2010.

Handson Asuma Nyambariga, San Bernardino, CA, pro se.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Sharon Michele Clay, Karen Yolanda Drummond, Richard M. Evans, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Handson Asuma Nyambariga petitions for review of an order of the Board of Immigration Appeals (BIA) denying his July 2009 motion to reopen a prior decision. We conclude that the BIA acted within its discretion. *See Clifton v. Holder*, 598 F.3d 486, 490–91 (8th Cir.2010) (standard of review). Accordingly, we deny the petition for review.